Harry W. HUDSPETH, Appellant, v. UNITED STATES of America.

No. 7617.

United States Court of Appeals for the District of Columbia.

Decided June 15, 1942.

█

Mr. Charles E. Ford, of Washington, D. C., for appellant.

Mr. Arthur J. McLaughlin, Asst. U. S. Atty., with whom Mr. Edward M. Curran, U. S. Atty., both of Washington, D. C., also entered an appearance, for appellee.

Before GRONER, Chief Justice, and MILLER and VINSON, Associate Justices.

PER CURIAM.

After carefully examining the record in this case and after giving full consideration to the able argument of counsel who was appointed by the court to represent appellant, we are satisfied that no prejudicial error occurred in the trial of the case. Consequently, the judgment appealed from is affirmed.

Affirmed.